# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**Cheikh Fassa,**

        Plaintiff,

    vs.                                    Case No. 2:21-cv-542

                                                    Judge Watson

**P & E Express, Inc.,**                       Magistrate Judge Vascura

        Defendant.

## CERTIFICATE OF MAILING BY CLERK

        The Clerk of the United States District Court, Southern District of Ohio, mailed a copy of the Summons and Complaint via certified mail on February 10, 2021 to the following Defendant:

P & E Express Inc.
c/o Ayham Alammar
4841 Elmont Place
Groveport, Ohio 43125
(7019 1120 0001 5177 1085)


                                                **Richard W. Nagel, Clerk**

                                By:   /s/Michelle D. Rahwan
                                          Michelle D. Rahwan, Deputy Clerk